*J. Saxton Daniel, solicitor-general,* contra.

---

14247. BRASWELL *v.* MACON SAVINGS BANK.

BELL, J. There being in the bill of exceptions no assignment of error upon any final judgment, but merely an exception to a judgment sustaining a demurrer to the defendant's answer, and striking the answer, no question is presented which this court has jurisdiction to decide, and the motion of the defendant in error to dismiss the bill of exceptions must be sustained. *Enecks* v. *International Harvester Co.,* 17 *Ga. App.* 548 (87 S. E. 811); *Walker* v. *Howland,* 17 *Ga. App.* 548 (3) (87 S. E. 813); *Turner* v. *Strauss-Epstein Co.,* 20 *Ga. App.* 735 (93 S. E. 234); *Tinsley* v. *Gullett Gin Co.,* 21 *Ga. App.* 512 (94 S. E. 892); *Johnson* v. *Battle,* 120 *Ga.* 649 (2) (48 S. E. 128); *Samson Tractor Co.* v. *Furlong,* 28 *Ga. App.* 659 (112 S. E. 903).

*Writ of error dismissed. Jenkins, P. J., and Stephens, J., concur.*
DECIDED MAY 21, 1923.

Complaint; from city court of Macon — Judge Gunn.   January 5, 1922.

*John R. Cooper, W. O. Cooper, Jr.,* for plaintiff in error.
*Walter DeFore, James C. Estes,* contra.